**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**TEXARKANA DIVISION**

**THOMAS WAYLON BOYD** **PETITIONER**

**v.** **Civil No. 4:19-cv-4116**

**WENDY KELLY, Director**
**Arkansas Dept. Of Correction** **RESPONDENT**

**O R D E R**

Came on for consideration **THOMAS WALYON BOYD's** Petition for Writ of *Habeas Corpus* pursuant Title 28 U.S.C. §2254 (ECF No. 1), and Petitioner's Motion to Proceed *In Forma Pauperis* (ECF No. 2).

**IT IS ORDERED** that the Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 2) is **GRANTED**.

**IT IS FURTHER ORDERED**, the Clerk of the Court is directed to serve, by certified mail, the Petition and supporting documents, as well as a copy of this Order, on the Respondent, Mike McCormick and the Prosecuting Attorney for Garland County Arkansas without prepayment of fees and cost or security therefor. *See* RULE 4, RULES GOVERNING SECTION 2254 CASES IN THE UNITED STATES DISTRICT COURT. The addresses to be used are as follows:

Wendy Kelly
Arkansas Department of Correction, Compliance Division
P.O. Box 20550
Whitehall, AR 71612

Leslie Rutledge
Office of the Attorney General
323 Center Street, Suite 200
Little Rock, AR 72207

The Court enters the following Initial Scheduling Order in this matter:

1. The Respondent is Ordered to answer or otherwise respond to the Petition on or before **December 6, 2019**.

2. The Parties are directed to review the Notice of Availability of a United States Magistrate Judge to Exercise Jurisdiction (ECF No. 3).

**SIGNED** this **7th day of November 2019.**

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE