IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

TIARA TURNER, Individually
and on Behalf of All Others
Similarly Situated                                                                                    PLAINTIFF

v.                                            Case No. 1:18-cv-1072

CONCENTRIX SERVICES US, INC. and
CONCENTRIX CORPORATION                                                                    DEFENDANTS

## ORDER

The Court has issued an order approving the proposed settlement in this case and the proposed method for administering the settlement. ECF No. 133. The parties have requested that the Court enter the following order governing the administration of the settlement:

1. All capitalized terms not otherwise defined in this Order shall have the same meaning ascribed to them in the Parties' Settlement Agreement (ECF No. 131-2);

2. Within seven (7) days of the entry of this Order, Collective Counsel shall send to the Settlement Administrator the final class list with the last known mailing addresses of all Class Members;

3. Within fourteen (14) days of receipt of the class list with mailing addresses for the Class Members, the Settlement Administrator shall mail via First Class United States mail the Class Notice and Claim Form to all Class Members;

4. Class Members shall have ninety (90) days after the Notice is first mailed to submit their Claim Forms;

5. Within fifteen (15) business days after the end of the Notice Period, the Settlement Administrator will provide a list to Collective Counsel and Defense Counsel of all Class

    Members who chose to participate in the settlement and the total amount of settlement proceeds;

6. Within three (3) business days of the Settlement Administrator providing the list of participating Plaintiffs to the Parties, Plaintiffs will file a Notice of Withdrawal of Consents to Join for all non-participating Plaintiffs;

7. Within three (3) business days of Plaintiffs' filing of a Notice of Withdrawal of Consents to Join, the Parties shall file a joint stipulation of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii); and

8. Settlement payments shall be made in accordance with the terms of the Settlement Agreement.

    Counsel for the Parties are hereby authorized to jointly use all reasonable procedures in connection with approval and administration of the settlement that are not materially inconsistent with this Order or the Settlement Agreement.

    **IT IS SO ORDERED**, this 11th day of January, 2023.

    /s/ Susan O. Hickey
    Susan O. Hickey
    Chief United States District Judge