IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

**TIARA TURNER, Individually and on Behalf
of All Others Similarly Situated, et al.**                    **PLAINTIFF**


vs.                                    No. 1:18-cv-1072-SOH


**CONCENTRIX SERVICES US, INC. and
CONCENTRIX CORPORATION**                    **DEFENDANTS**

## <u>NOTICE OF WITHDRAWAL OF CONSENTS TO JOIN</u>

Notice is hereby given that the following Opt-In Plaintiffs withdraw their Consent to Join this case:

Abbott, Adia;

Abbott, Tiffany;

Ables, Michael;

Abner, April;

Abrams, Jalisa;

Achey, Jody;

Acord, Tiffany;

Acuff, Keith;

Adams, Quentin;

Adams, Brittany;

Adams, Jr., Charles;

Adams, Stacy;

**Page 1 of 61
Tiara Turner v. Concentrix Services US, Inc, et al.
U.S.D.C. (W.D. Ark.) Case No. 1:18-cv-1072-SOH
Notice of Withdrawal of Consents to Join**

Adams, Trina;

Adams, Tristan;

Alexander, Darlenna;

Alexander, Jasmine;

Allen, Jennifer;

Allen, Kreschia;

Allen, Latikia;

Alston, Waikiki;

Alvarez, Mark;

Alvarez, Sueann;

Anderson, Amy;

Anderson, Ashley;

Anderson, Jaleka;

Anderson, Karen;

Anderson, Kizzy;

Anderson, Nanlee;

Anderson, Paulette;

Anderson, Tania;

Anderson, Virtue;

Anderson-Trimble, Kimberly;

Aquino, Jamie;

Armour, Lauren;

Armstead, Carolyn;

Page 2 of 61
Tiara Turner v. Concentrix Services US, Inc, et al.
U.S.D.C. (W.D. Ark.) Case No. 1:18-cv-1072-SOH
Notice of Withdrawal of Consents to Join

Armstrong, Shaunda;

Arnold, Amber;

Arrington, Chianne;

Arrington, Rayvonnda;

Arvizu, Mai;

Asante, Natalie;

Ashby, Allison;

Asher, Courtney;

Atkinson, Summer;

Aufderhar, Heather;

Averett, Melissa;

Babcock, Sheila;

Baham, Chevelle;

Bailey, Domeeka;

Bailey, Elaine;

Bailey, Jannie;

Baker, Cynthia;

Baker, Jennifer;

Baker, Penny;

Baldwin, Logan;

Baldwin, Yulonda;

Ball, Lottie;

Ballard, Taharga;

**Page 3 of 61**
**Tiara Turner v. Concentrix Services US, Inc, et al.**
**U.S.D.C. (W.D. Ark.) Case No. 1:18-cv-1072-SOH**
**Notice of Withdrawal of Consents to Join**

Ballinger, John;

Bankole, Yewande;

Banks, Chantel;

Banks, Tara;

Barber, Brooklyn;

Barbre, Heather;

Barcenas-Gerome, Jennifer;

Bardell, Jason;

Barker, Amanda;

Bartlett, Kathy;

Bartlett, Rakisha;

Barton, Angela;

Bason, Sophia;

Bass, Joy;

Bass, Starlett;

Battle, Malcolm;

Baynes, Trina;

Beasley, Thomas;

Belier, Bejanne;

Bell, Gabriel;

Bell, Jessica Alvarez;

Bell, Kevin;

Bell, Lerachia;

**Page 4 of 61**
**Tiara Turner v. Concentrix Services US, Inc, et al.**
**U.S.D.C. (W.D. Ark.) Case No. 1:18-cv-1072-SOH**
**Notice of Withdrawal of Consents to Join**

Bell, Whitney;

Bellamy, Kelsey;

Bellotti, Ryan;

Bennett, Genona;

Bennett, Gordon;

Benson, Ashley;

Bentley, Wendy;

Benton, Lamondi;

Bernard, Brandy;

Bernard, Julia;

Bernard, Michael;

Berry, Tyonnchie;

Best, Miki;

Bethea, John;

Betts, Tracie;

Bickford, Jenny;

Billingsley, Jennifer;

Bishop, Bobby;

Black, Phoebe;

Blalock, Lieshay;

Blanchard, Ashleigh;

Blount, Artisha;

Blue Jr., Samuel;

**Page 5 of 61**
**Tiara Turner v. Concentrix Services US, Inc, et al.**
**U.S.D.C. (W.D. Ark.) Case No. 1:18-cv-1072-SOH**
**Notice of Withdrawal of Consents to Join**

Blue, Tandra;

Bodie, Kirkland;

Bogan, Stacy;

Bonner, Courtney;

Bonner, Davina;

Bostick, Clareatha;

Boston, Tiffaney;

Bowman, Tesha;

Boyde, Andrea;

Boyden, Lorraine;

Bracey, Someka;

Bradley, Tamara;

Bragg, Brandy;

Brand, Amber;

Brandon, Shirelle;

Braun, Dorene;

Bravo, Alexis;

Brent, Nicole;

Bristow, Yvonne;

Brooks, Carson;

Brooks, Leila;

Brooks, Sabrina;

Brooks, Shanice;

**Page 6 of 61**
**Tiara Turner v. Concentrix Services US, Inc, et al.**
**U.S.D.C. (W.D. Ark.) Case No. 1:18-cv-1072-SOH**
**Notice of Withdrawal of Consents to Join**

Brower, Sidney;

Brown, Amber;

Brown, April;

Brown, Ashley;

Brown, Carlieda;

Brown, Chardae;

Brown, Dabriah;

Brown, Dorties;

Brown, Ebony;

Brown, Gabrielle;

Brown, Heather;

Brown, Jasemine;

Brown, Latoya;

Brown, Madeline;

Brown, Mary;

Brown, Monycea;

Brown, Sadie;

Brown, Shersha;

Brown, Victoria;

Brumfield, Zyletha;

Bruner, Helen;

Brunson, Dalecia;

Bruton, Sondra;

**Page 7 of 61**
**Tiara Turner v. Concentrix Services US, Inc, et al.**
**U.S.D.C. (W.D. Ark.) Case No. 1:18-cv-1072-SOH**
**Notice of Withdrawal of Consents to Join**

Bryant, Ayisha;

Buford, Curtis;

Bullock, Bryant;

Bulter-Thomas, StarQuasia;

Burch, Amber;

Burch, Nicholas;

Burchfield, Letitia;

Burgess, Lacresha;

Burgos, Daisy;

Burke, Aviva;

Burke, Ranz;

Burkhart, Tamula;

Burleson, Chenoah;

Burnett, Tyrek;

Burns, April;

Burrell, Kyle;

Burrows, Clare;

Burt, Kayretia;

Burton, Clayton;

Burton, Talia;

Bush, Cynthia;

Butler, Chansler;

Butler, Loretta;

**Page 8 of 61**
**Tiara Turner v. Concentrix Services US, Inc, et al.**
**U.S.D.C. (W.D. Ark.) Case No. 1:18-cv-1072-SOH**
**Notice of Withdrawal of Consents to Join**

Butler, Tiffany;

Bynum, James;

Byrd, Niesia;

Byrd, Tanica;

Cage, Tiffany;

Cain, Joie;

Caison, Tiffany;

Calhoun, Ebony;

Callis, Terence;

Cameron, Shakura;

Campbell, Kirlstal;

Campbell, Valarie;

Cantalapiedra, Sasha;

Canty, Briyona;

Carbajal, Anthony;

Carey, Amber;

Carpenter, Moria;

Carreras-Clark, Samaria;

Carroll, Elana;

Carroll, Nicholas;

Carroway, Jessica;

Carter, Chandra;

Carter, Ebony;

**Page 9 of 61**
**Tiara Turner v. Concentrix Services US, Inc, et al.**
**U.S.D.C. (W.D. Ark.) Case No. 1:18-cv-1072-SOH**
**Notice of Withdrawal of Consents to Join**

Carter, Laquanda;

Carthorne, Renee;

Carver, Heather;

Casatti, Ariel;

Casteel, Sapora;

Ceasar, Brandy;

Chambers, Martha;

Chancey, Kortney;

Chappell, Denise;

Charles, Ruth;

Charles, Tiffanie;

Chatmon, Joseph;

Chavarria, Richard;

Chavez, Maricela;

Chenault, Laura;

Childress, Erica;

Christi, Willie;

Church, Gloria;

Churn, Laquesha;

Clarida, Jacqueline;

Clark, Brian;

Clark, Candace;

Clark, Jessica;

**Page 10 of 61**
**Tiara Turner v. Concentrix Services US, Inc, et al.**
**U.S.D.C. (W.D. Ark.) Case No. 1:18-cv-1072-SOH**
**Notice of Withdrawal of Consents to Join**

Clark, Keena;

Clark, Sameerah;

Clark, Trucinder;

Clarke, Teela;

Clark-Muhammad, Precious;

Clay, Amy;

Clemons, Danielle;

Clinkscales, Jessica;

Cobb, Crystal;

Cochran, Tahesha;

Cole-Cavalier, Jeri;

Coleman, Anndolyn;

Coleman, Latrice;

Coles-Smith, Shakira;

Collins, Alyssa;

Collins, Amber;

Collins, Katelyn;

Collins, Michael;

Collins, Shanene;

Combest, Anjela;

Comer, Julie;

Comer, Kimberly;

Comunale, Alicia;

**Page 11 of 61**
**Tiara Turner v. Concentrix Services US, Inc, et al.**
**U.S.D.C. (W.D. Ark.) Case No. 1:18-cv-1072-SOH**
**Notice of Withdrawal of Consents to Join**

Cook, Deirdre;

Cooke-Arellano, Lisa;

Cooley, Jeremy;

Cooper, Lakisha;

Cooper, Nazarae;

Cooper, Tyshanta;

Corbin, Cindy;

Coscino, Lisa;

Cotten, Tiandra;

Covington, Crystal;

Cowans, Clara;

Cox, William;

Cozzolino, Robin;

Craine, Desiree;

Crenshaw, Quinnethia;

Crews, Denise;

Crews, Latanya;

Criner, Lashayla;

Crispin, Patsy;

Crockett, Freda;

Crockett, Laquita;

Crowe, Katherine;

Crowell, Ruth;

**Page 12 of 61**
**Tiara Turner v. Concentrix Services US, Inc, et al.**
**U.S.D.C. (W.D. Ark.) Case No. 1:18-cv-1072-SOH**
**Notice of Withdrawal of Consents to Join**

Cullum, Sylvia;

Cumbaa, Alicen;

Cuomo, Dominic;

Curry, Kimberly;

Cutcher, Ginevra;

Cyrus, Javell;

Dade, Melisa;

Daniel, Marcus;

Daniels, Natalie;

Daniels, Rita;

Daniels, Sandree;

Dantzler, Ervin;

Dantzler, Tara;

Dantzler, Tashuna;

Darby, Heath;

Davenport-Hildreth, Georgia;

Davis, Andrea;

Davis, April;

Davis, Beverly;

Davis, Henrietta;

Davis, Jasmine;

Davis, Kandice;

Davis, Nadaydra;

**Page 13 of 61**
**Tiara Turner v. Concentrix Services US, Inc, et al.**
**U.S.D.C. (W.D. Ark.) Case No. 1:18-cv-1072-SOH**
**Notice of Withdrawal of Consents to Join**

Davis, Victor;

Day, Olivia;

Dean, Chabresha;

Dean, Demetria;

Deanes, Brittany;

Delk, Tiffany;

Derricotte, Jordan;

Devore, Angela;

Diamond, Katia;

Dick, Kelly;

Dickens, Charles;

Difference, Sherry;

Distefano, Anthony;

Dixon, Laquintae;

Dixon, Natasha;

Dixon, Ronecia;

Doby, Tashia;

Donald, Lill;

Douthard, Sheena;

Dowdy, Skyler;

Drake, Candice;

Draper, Brittney;

Drew, Suzanne;

**Page 14 of 61**
**Tiara Turner v. Concentrix Services US, Inc, et al.**
**U.S.D.C. (W.D. Ark.) Case No. 1:18-cv-1072-SOH**
**Notice of Withdrawal of Consents to Join**

Dubose, Phylicia;

DuBreuze, Kendra;

Duckett-White, Sheila;

Dudley, Steven;

Duffin, Kelly;

Dulaney, Lynnsha;

Duncan, Lacee;

Dunkin, Rochanne;

Dunmars, Kenneth;

Duruisseau, Ariel;

Eaddy, Nadisha;

Eaton, Tiffany;

Eave, Kenyotta;

Ebenezer, Waqas;

Echols, Erica;

Eckhardt, Debra J.;

Edwards, Tasha;

Eichelberger, Tammy;

Elidieu, Shelly;

Eligio, Bernice;

Elko, Chaunnique;

Ellison, Aletha;

Ellison, Maria;

**Page 15 of 61**
**Tiara Turner v. Concentrix Services US, Inc, et al.**
**U.S.D.C. (W.D. Ark.) Case No. 1:18-cv-1072-SOH**
**Notice of Withdrawal of Consents to Join**

Emberton, Pamela;

Emerson, Stephanie;

Endino, Catherine;

Espinoza, Joaquin;

Estrada, Olivia;

Ethridge, Jamia;

Evanchak, Jennifor;

Evans (Trace Kirsch), Shonta;

Evans, Candace;

Evans, Erica;

Evans, Kimberly;

Evans, Maragrettie;

Fairbanks, Brenda;

Farley, Kerrinna;

Fazio, Meredith;

Fedrick, Marissa;

Felder, LaToya;

Felder, Paula;

Felosi, Brenda;

Ferguson, Erica;

Ferguson, Tameka;

Fields, Rebecca;

Fields, Tasha;

**Page 16 of 61**
**Tiara Turner v. Concentrix Services US, Inc, et al.**
**U.S.D.C. (W.D. Ark.) Case No. 1:18-cv-1072-SOH**
**Notice of Withdrawal of Consents to Join**

Fillius, Angela;

Fincher-Ford, Shatoya;

Finniessee, Joli;

Fisher, Shantell;

Fivecoat, Sarina;

Fleming, Janice;

Fleming, Nicholas;

Fleming, Shawn;

Flodin, David;

Forbes, Christine;

Ford, Josey;

Ford, Sherri;

Ford, Tammie;

Foster, Dontayvous;

Foster-Nelson, Candice;

Fournier, Heather L.;

Foxworth, Jennifar;

Franks Jr., Robert;

Frazier, Billie;

Frazier, Billy;

Fredrick, Cortney;

Freeman, Brittany;

Freeman, Jalisa;

**Page 17 of 61**
**Tiara Turner v. Concentrix Services US, Inc, et al.**
**U.S.D.C. (W.D. Ark.) Case No. 1:18-cv-1072-SOH**
**Notice of Withdrawal of Consents to Join**

Fry, Linda;

Fryer, Supporah;

Fuller, Keith;

Fuller, Kendra;

Fuller, Nakia;

Gadison, Erica;

Gadsden, January;

Gaines, Jalesa;

Gaines, Lakesha;

Gainey, Sherri;

Galvez, Elizabeth;

Gandy, Cheryl;

Garcia, Ray;

Garner, Joy;

Garren, Camie;

Garrett, Tierra;

Gathers, Dashaun;

Gay, Melissa;

Gay-Allen, Darlene;

Gayle, Lavera;

Geddie, Danielle;

Gee, Dominique;

Geis, LoriAnn;

**Page 18 of 61**
**Tiara Turner v. Concentrix Services US, Inc, et al.**
**U.S.D.C. (W.D. Ark.) Case No. 1:18-cv-1072-SOH**
**Notice of Withdrawal of Consents to Join**

George, Altovise;

George, Helen;

George, William P.;

Gerringer, Michelle;

Gholar, Chantanna;

Gibson, Karl;

Gibson, Kristin;

Gibson, Quionna;

Gibson, Sheila;

Gil, Beverly;

Giles, Tashana;

Gill, Felisha;

Gilliam, Erika;

Gimse, Jessica;

Gittens, Theresa;

Givhan, Amy;

Gleason, Octavene;

Gleaves, Jordan;

Glidewell, Cathy;

Gochett, Kathryn;

Goggins, Jazelle;

Goldsboro, Cadice;

Gomez, Ericka;

**Page 19 of 61**
**Tiara Turner v. Concentrix Services US, Inc, et al.**
**U.S.D.C. (W.D. Ark.) Case No. 1:18-cv-1072-SOH**
**Notice of Withdrawal of Consents to Join**

Gongaware, Heather;

Gonyer, Dina;

Gooch, Haley;

Goodly, Courtney;

Goodner, Sherica;

Gordon, Chanice;

Gould, Armani;

Graham, Armethia;

Graham, Tsha;

Granderson, Rekeshia;

Granger, Taylor;

Gray, Melissa;

Gray, Shanilly;

Grayson, Ebony;

Green, Abby;

Green, Camille;

Green, Jorrye;

Green, Trudy;

Greene, Kimberly;

Greene, Kizzy;

Greer, Kimberly;

Greer, Linda;

Gregg, Quay'shauna;

**Page 20 of 61**
**Tiara Turner v. Concentrix Services US, Inc, et al.**
**U.S.D.C. (W.D. Ark.) Case No. 1:18-cv-1072-SOH**
**Notice of Withdrawal of Consents to Join**

Grier, Aretha;

Grier, Shantavia;

Griffin, Jaqwan;

Griffin, Lori;

Grimes, Camisa;

Grimes, Samara;

Grimmett, Crystal;

Gross, Robin;

Grout, Margaret;

Gurley, Michaela;

Gurley, Michaele;

Gutierrez, Elizabeth;

Guzman, Jennifer;

Hackworth, Ashley;

Hackworth, Linda;

Haddon, David;

Hagood, Mercedes;

Hairston, India;

Hall, Andrea;

Hall, Courtney;

Hall, Jasmine;

Hallman, Michael;

Hallman, Seth;

**Page 21 of 61**
**Tiara Turner v. Concentrix Services US, Inc, et al.**
**U.S.D.C. (W.D. Ark.) Case No. 1:18-cv-1072-SOH**
**Notice of Withdrawal of Consents to Join**

Hamanaka, Brandy;

Hamilton, Nakia;

Hamilton, Pamela;

Hamilton, Shanice;

Hamlette, Essence;

Hammock, Anthony;

Hand, Cabreciunna;

Hansley, Vanessa;

Hanson, Marcia;

Harden, Brandi;

Hargrove, Steven;

Harper, Jasmine;

Harrell, Christopher;

Harris, Angela;

Harris, Charlethia;

Harris, Earthly;

Harris, Jamelu;

Harris, Lasonya;

Harrison, Adam;

Harrison, Ariel;

Harrison, Crystian;

Hart, Tamla;

Harvey, Treshell;

**Page 22 of 61**
**Tiara Turner v. Concentrix Services US, Inc, et al.**
**U.S.D.C. (W.D. Ark.) Case No. 1:18-cv-1072-SOH**
**Notice of Withdrawal of Consents to Join**

Hatcher-Doss, Chrandra;

Havis, Shaundra;

Hawthorne, Jabari;

Hayes, Natarsha;

Haynes, Laquescia;

Haynes-Middleton, Gabrielle;

Heads, Breana;

Heafner, Stephanie;

Heath, Rachel;

Heberle-Showers, Dawn;

Heller, Mia;

Henderson, Alishia;

Henderson, Corinna;

Hendricks, Tracy;

Hendrix, Mallerie;

Hernandez, Catherine;

Herron, Linda;

Hill, Amanda;

Hill, Amanda E.;

Hill, Antonio;

Hill, India;

Hill, Shatoria;

Hill-Hinton, Kimberly;

**Page 23 of 61**
**Tiara Turner v. Concentrix Services US, Inc, et al.**
**U.S.D.C. (W.D. Ark.) Case No. 1:18-cv-1072-SOH**
**Notice of Withdrawal of Consents to Join**

Hills, Felicia;

Hills, Kaarla;

Hilts, Jasmine;

Hinds, Monica;

Hinson, Lora;

Hinton, David;

Hiralez, Raina;

Hitchens, Krystine;

Hobbs, Stacy;

Hogan, Andrea;

Hogan, Angelique;

Hogue, Lakaya;

Holbrook, Tarra;

Holland, Nicolle;

Holliday, Antonia;

Hollinger, Kadeza;

Hollingshead, Joshua;

Holly-Price, Gia;

Holmes, Chanel;

Holmes, Juanita;

Hood, Melinda;

Hopkins, Beverly;

Hopson, Jerrisa;

**Page 24 of 61**
**Tiara Turner v. Concentrix Services US, Inc, et al.**
**U.S.D.C. (W.D. Ark.) Case No. 1:18-cv-1072-SOH**
**Notice of Withdrawal of Consents to Join**

Horne, Chanel;

Horne, Habibah;

Horton, Michalene;

Hoskins, Vanne;

Hough, Cedrick;

Hougham, Elizabeth;

Houston, Kimyata;

Houston, Tasha;

Houze, Brittany;

Hovey, Sheena;

Howard, Jennifer;

Hoyle, Stephanie;

Hubbard, David;

Hubbard, Quendralyn;

Hubbard, Shereka;

Hudgins, Harley;

Huey, Katrinka;

Huggins, Kimberli;

Hughes, Lakendra;

Hughes, Loria;

Hughes-Warner, Mammie;

Humbles, Ingrid;

Hunsberger, Thomas;

**Page 25 of 61**
**Tiara Turner v. Concentrix Services US, Inc, et al.**
**U.S.D.C. (W.D. Ark.) Case No. 1:18-cv-1072-SOH**
**Notice of Withdrawal of Consents to Join**

Hunt, Bonnie;

Hunt, Michelle;

Hunter, Deirdre;

Hunter, Jennifer;

Husband, Kirsten;

Hutcherson, Sherita;

Hutchinson, Danyle;

Hyatt, Lance;

Hyde, Aaron;

Iams, Autumn;

Ibarra, Bobby;

Ibarra, Jessica;

Iglesias, Barbara;

Ijames Scott, Trena;

Inman, Wendy;

Isaac, Nitia;

Isaacs, Justin;

Isham, Anna;

Israel, Athalyah M;

Ivory, Gaishia;

Ivory, Larhonda;

Iyobebe, Laquita;

Jacko, Kalup;

**Page 26 of 61**
**Tiara Turner v. Concentrix Services US, Inc, et al.**
**U.S.D.C. (W.D. Ark.) Case No. 1:18-cv-1072-SOH**
**Notice of Withdrawal of Consents to Join**

Jackson, Catherine;

Jackson, Charlotte;

Jackson, Jonette;

Jackson, Leisa;

Jackson, Mesha;

Jackson, Samantha;

Jackson, Shantrise;

Jackson, Thomas;

Jacksonrogers, Marquilaness;

Jacob, Isaiah;

Jaigobind, Jadesh;

James, Aneisha;

James, Brittney;

James, Forqueena;

James, Johnisha;

James, Kemba;

James, Lashdria;

James, Sr., Brandon;

James, Takemma;

James, Teresa;

Jasper, Quran;

Jatzlau, Sheri;

Jefferson, Ashley;

**Page 27 of 61**
**Tiara Turner v. Concentrix Services US, Inc, et al.**
**U.S.D.C. (W.D. Ark.) Case No. 1:18-cv-1072-SOH**
**Notice of Withdrawal of Consents to Join**

Jefferson, Tyesha;

Jenkins, Cortisa;

Jenkins, Kelley;

Jenkins, Michael;

Jenkins, Sherri;

Jenkins, Tenisha;

Jennings, Alena;

Jerina, Melissa;

Jewell, Daisy;

Jimenez, Joannie;

Johnson, Andrene;

Johnson, Antonio;

Johnson, Beverly;

Johnson, Brittany;

Johnson, Cassandra;

Johnson, Chelsea;

Johnson, Diane;

Johnson, Dustin;

Johnson, Ericka;

Johnson, Geneva;

Johnson, Glenda;

Johnson, Jasmine;

Johnson, Jessica;

**Page 28 of 61**
**Tiara Turner v. Concentrix Services US, Inc, et al.**
**U.S.D.C. (W.D. Ark.) Case No. 1:18-cv-1072-SOH**
**Notice of Withdrawal of Consents to Join**

.       Johnson, Juet;

Johnson, Kimberly;

Johnson, Kimberly A.;

Johnson, LaQuanda;

Johnson, Prelette;

Johnson, Samantha;

Johnson, Shemika;

Johnson, Syreeta;

Johnson, Tamar;

Johnson, Tavion;

Johnson, Tina;

Jolivette, LaQuacious;

Jones, Alexandrea;

Jones, Alyson;

Jones, Antworne;

Jones, David;

Jones, Erica;

Jones, Jerri;

Jones, Kamesha;

Jones, Kayla;

Jones, Latoya;

Jones, Luis;

Jones, Shaniquia;

**Page 29 of 61**
**Tiara Turner v. Concentrix Services US, Inc, et al.**
**U.S.D.C. (W.D. Ark.) Case No. 1:18-cv-1072-SOH**
**Notice of Withdrawal of Consents to Join**

Jones, Tai-Lisa;

Jones, Tekeshia;

Jones, Teresa;

Jones, Vickie;

Jordan, Anna;

Jordan, Dominique;

Joseph, Wendy;

Joyner, Tierre;

Kabatra, Joshua;

Kallaghe, Kim;

Kates, Larissa;

Kavenaugh, Krysta;

Kegler, Brittany;

Kelley, Tiffani;

Kelly, Samone;

Kelson-Jackson, Cartrell;

Kennedy, Jon;

Kennedy, Marshawna;

Kenney, Kayla;

Kersey, Elisa;

Kershaw, Ricketa;

Keys, Tyronica;

Khan, Sumera;

**Page 30 of 61**
**Tiara Turner v. Concentrix Services US, Inc, et al.**
**U.S.D.C. (W.D. Ark.) Case No. 1:18-cv-1072-SOH**
**Notice of Withdrawal of Consents to Join**

Kidd, Joy;

Kimble, Rebekah;

Kimmell, Jordan;

King, China;

Klosiewski, Shirley;

Klouda-Smith, Melonie;

Knight, Quiana;

Knight, Yakema;

Knippenberg, Dawn;

Knox, Angela;

Knox, Baaron;

Kowalski, Jessica;

Kuckartz, Joshua;

Lackey, Crystal;

Lam, Hernda;

Lampert, Diana;

Lane, Brenda;

Lang, Lisa;

Langston, Tashiya;

Lawrence, Mariah;

Leas, Jessica;

Leemore, Marketa;

Lejeune, LaNora;

**Page 31 of 61**
**Tiara Turner v. Concentrix Services US, Inc, et al.**
**U.S.D.C. (W.D. Ark.) Case No. 1:18-cv-1072-SOH**
**Notice of Withdrawal of Consents to Join**

Leland, Mecca;

Lemons, Lynda;

Leonard, Ebony;

Levandowski, Ashley;

Lewis, Aaliyah;

Lewis, Malicka;

Lewis, Tamika;

Lightfoot, Juanita;

Lighty, Kimberly;

Liles, Modesta;

Lindo, Melissa;

Lindsay, Latonia;

Little Jr., Rodney;

Little, Erica;

Little, Frederick;

Lloyd, Latonya;

Lofton, Sharetta;

Lomax, Joyce;

Long, Candice;

Long, Ratna;

Long, T'Andra;

Longstreet, Chandra;

Lopez, Brenda;

**Page 32 of 61**
**Tiara Turner v. Concentrix Services US, Inc, et al.**
**U.S.D.C. (W.D. Ark.) Case No. 1:18-cv-1072-SOH**
**Notice of Withdrawal of Consents to Join**

Louis, Joshua;

Love, James;

Love, Latasha;

Lovell, Joann;

Lovell, William;

Lowenthal, Joshua;

Lowery, Laprecious;

Luevano, Daniel;

Mabry, Renita;

Mack, Devonne;

Mack, Jamia;

Mack, Tamika;

Mackey-Harris, Doranna;

Macon, Ashley;

Madden, Reen;

Madrid, Pete;

Magana, Rita;

Magee, Takilya;

Magouirk, Pamela;

Mahoney, Silvia;

Major, Unique;

Majors, Janice;

Makinde, Caroline;

**Page 33 of 61**
**Tiara Turner v. Concentrix Services US, Inc, et al.**
**U.S.D.C. (W.D. Ark.) Case No. 1:18-cv-1072-SOH**
**Notice of Withdrawal of Consents to Join**

Mallory, Porsha;

Malstrom, Crystal;

Mancini, Nancy;

Mangum, Jamaica;

Marcella, Angelia;

Marcotte, Kimberly;

Mariland, Chemere;

Mariner, Valerie;

Marshall, Aiden;

Marshall, Chakakahn;

Marshall, Nicole;

Martin, Celina;

Martin, Kaneisha;

Martin, Keion;

Martin, Shanise;

Martinez, Migdalia;

Martinez, Zahirah;

Mason, Jaqueline;

Mason, Jamil;

Mathers, Kimberly;

Mathews-Kelly, La'Sasha;

Mathis, Michelle;

Matiash, Suzanne;

**Page 34 of 61**
**Tiara Turner v. Concentrix Services US, Inc, et al.**
**U.S.D.C. (W.D. Ark.) Case No. 1:18-cv-1072-SOH**
**Notice of Withdrawal of Consents to Join**

Maxwell, Jasmane;

Maxwell, Morningstar;

Mayes, Antoinette;

Mayfield, Kevin;

Mayne, Brienna;

Maynord, Kevin;

McAlister, Dalyssia;

Mcbride, Kendra;

McCall, Joanne;

Mccants, Mersedes;

Mccaskill, Shadarian;

Mcclellan, Cynthia;

McCluskey, Donna;

Mccraw, Sharon;

Mccray, Sharlyn;

Mccrory, Melissa;

Mccurdy, Brianna;

Mcelroy, Ambreya;

Mcelroy, Joseph;

McGee, Michele;

McGhee, Danielle;

McGhee, Lakeycia;

Mcginn, Loretta;

**Page 35 of 61**
**Tiara Turner v. Concentrix Services US, Inc, et al.**
**U.S.D.C. (W.D. Ark.) Case No. 1:18-cv-1072-SOH**
**Notice of Withdrawal of Consents to Join**

McGowan, Victoria;

Mcgrew, Latoya;

Mckan, Gwenette;

Mckee, Gloria;

Mckinnon, Kimberly;

Mclaughlin, Tyteona;

Mcmillan, Jazmine;

McNeal, Jasma;

McNulty, Cherryl;

Mcpherson, Shawnea;

Mcrae, Nikki;

McShan, Benita;

Medley, Britney;

Meier, Tabatha;

Mellon, Danielle;

Menefee, Jessica;

Mercer, Courtney;

Mercer, Selena;

Mericle, Karen;

Mermeistein, Rebecca;

Meserve, Chris;

Metts, Tasha;

Mickens, Alisa;

**Page 36 of 61**
**Tiara Turner v. Concentrix Services US, Inc, et al.**
**U.S.D.C. (W.D. Ark.) Case No. 1:18-cv-1072-SOH**
**Notice of Withdrawal of Consents to Join**

Midano, Jescha;

Miller, Demontrez;

Miller, Jasmine;

Miller, Joanne;

Miller, Robin;

Mills, Jasmine;

Minto, Annmarie;

Minton, Charise;

Mitch, Kristen;

Mitchell McFadden, Montenique;

Mitchell, Brandon;

Mitchell, Elaine;

Molina, Rachel;

Molinari, Maria;

Moncada, Jess;

Montgomery, Amondi;

Montgomery, Keesha;

Moody, Felicia;

Moon, Jessica;

Moore, Andrea;

Moore, Crescenda;

Moore, Kimberly;

Moore, Terri;

**Page 37 of 61**
**Tiara Turner v. Concentrix Services US, Inc, et al.**
**U.S.D.C. (W.D. Ark.) Case No. 1:18-cv-1072-SOH**
**Notice of Withdrawal of Consents to Join**

Moore, Thomas;

Morant, Shaquashia;

Moreno, Angela;

Morgan, Aubrianna;

Morris, Eloise;

Morris, Shanequa;

Morrison, Andrea;

Moses, Alexis;

Mosley, Halle;

Muhammad, Kareemah;

Mukupo, Rhonda;

Mullins, Ginger;

Munoz Jr., Juan;

Murray, Martin;

Murry, Alicia;

Musgrave, Karyn;

Myers, Patrice;

Mynatt, Rashad;

Naar, Krystal;

Neal, Jonetta;

Neal, Judy;

Nealy Clayton, Andrea;

Neely, Madra L.;

**Page 38 of 61**
**Tiara Turner v. Concentrix Services US, Inc, et al.**
**U.S.D.C. (W.D. Ark.) Case No. 1:18-cv-1072-SOH**
**Notice of Withdrawal of Consents to Join**

Negrete, Matthew;

Neloms, Caleida;

Nelson, Kelli;

Nelson, Tyleste;

Nesbitt, Romonda;

Newman, Kayla;

Nibley, Hope;

Nicholson, Raquel;

Nickelson, Alyssa;

Nicks, Shartara;

Niess, Yvonne;

Nobles, April;

Nolan, Cieilita;

Nordine, Carl;

Norton, Sandria;

Nowak, Frank;

O'Brien, Nikki;

O'Connell, Yvonne;

Odlum, Jennifer;

Ogunlana, Margaret;

Oko, Fechukwu;

Olacio, Samantha;

Oliver, Quinton;

**Page 39 of 61**
**Tiara Turner v. Concentrix Services US, Inc, et al.**
**U.S.D.C. (W.D. Ark.) Case No. 1:18-cv-1072-SOH**
**Notice of Withdrawal of Consents to Join**

Olson, Jason;

ONeal, Latesa;

Osborne, Tameka;

Otto, Margaret;

Outlet, Velisha;

Overbeck, Laken;

Owens, Carmen;

Owens, Marlow;

Owten, Priscilla;

Paggett, Robyn;

Palmer, Patrice;

Palmer, Randy;

Palmer, Tania;

Paon-Boyle, Sheena;

Parker, Ashley L.;

Parrott, Latanya;

Parson, Lamarcus;

Paseur, Sherri Lee;

Paster, Christina;

Payan, Clarissia;

Payne, Bernadette;

Pearce, Brandon;

Pearlman, Brenda;

**Page 40 of 61**
**Tiara Turner v. Concentrix Services US, Inc, et al.**
**U.S.D.C. (W.D. Ark.) Case No. 1:18-cv-1072-SOH**
**Notice of Withdrawal of Consents to Join**

Peart, Brittany;

Pedersen, Lise;

Peeples, Mackeisha;

Peoples, Lashanta;

Perez, Mariah;

Perry, Marianne;

Perry, Latrice;

Peterson, Jakeivus;

Peterson, Kiswana;

Petilli, Danielle;

Peyton, Chanel;

Philapy, Brittney;

Phillips, Alicia;

Phillips, Camille;

Phillips, Carol;

Phillips, Janice;

Pierce, Kaitlyn;

Pifer, Cindy;

Pina, Erica;

Pinckney, Darria;

Pinks, Adrianna;

Pittman, Tracy;

Pitts, Quoshaunda;

**Page 41 of 61**
**Tiara Turner v. Concentrix Services US, Inc, et al.**
**U.S.D.C. (W.D. Ark.) Case No. 1:18-cv-1072-SOH**
**Notice of Withdrawal of Consents to Join**

Pleasant, Jessica;

Pleasant, Sierra;

Pollard, Sherry;

Poore, Jessica;

Popham, Ashley;

Popham, Vanessa;

Porter, Kiea;

Powell, Kenji;

Pressley, Lashonda;

Price, Bridgette;

Price, Lori;

Price, Sara;

Pringle, Paris;

Prothro, Johnny;

Purnell, Charles;

Purnell, Charnece;

Purvis, Cindy;

Pyrzynski, Laura;

Quick, Juan;

Quintero, Maira;

Ramos, Catherine;

Ramseur-Doughty, Tamara;

Randle, Montrell;

**Page 42 of 61**
**Tiara Turner v. Concentrix Services US, Inc, et al.**
**U.S.D.C. (W.D. Ark.) Case No. 1:18-cv-1072-SOH**
**Notice of Withdrawal of Consents to Join**

Randolph-Dunham, Sherie;

Range, Karmen;

Rankins-Johnson, Evelyn;

Rasberry-Drummond, Mara J.;

Rash, Herbert;

Ratliff, Candi;

Ray, Ashley;

Ray, Tiffany;

Recarte, Mika;

Redman, Jamie;

Reed, Jessica;

Reed, Sarah;

Reese, Aneatria;

Reynolds, Carla;

Reynolds, Elizabeth;

Rhines, Danielle;

Rhymes, Hope;

Richard, Lorraine;

Richards, Lashonda;

Richardson, Alysya;

Richardson, Candace;

Richardson, LaKeisha;

Richardson, Nicole;

**Page 43 of 61**
**Tiara Turner v. Concentrix Services US, Inc, et al.**
**U.S.D.C. (W.D. Ark.) Case No. 1:18-cv-1072-SOH**
**Notice of Withdrawal of Consents to Join**

Richardson, Valerie;

Riley, Casey;

Riley, Ebony;

Riley, Kelsey;

Riley, Sarina;

Riness, Brittney N.;

Rivera Rodriguez, Dirna;

Roach, Letonya;

Roark, Randi;

Roberson, Raven;

Roberts, Wade;

Robertson, Tiffany;

Robinson, Addie;

Robinson, Keiwanna;

Robinson, Ladeana;

Robinson, Latoya;

Robinson, Meghan;

Robinson, Ricardo;

Robinson, Shamika;

Robinson, Sherica;

Robinson, Toya;

Robinson, Tristaca;

Robinson, Yoko;

**Page 44 of 61**
**Tiara Turner v. Concentrix Services US, Inc, et al.**
**U.S.D.C. (W.D. Ark.) Case No. 1:18-cv-1072-SOH**
**Notice of Withdrawal of Consents to Join**

Robinson-Jones, Belinda;

Rodgers, Karissa;

Rogers, Kimerly;

Rogers, Lacie;

Rogers, Marteesa;

Rohlen, Brandy;

Roland, Rachel;

Rolle, Destiny;

Rolley, April;

Roraus, Terry;

Rose, Lillian;

Rose, Mazie;

Rose-Alfaro, Hope;

Ross, Denise;

Ross, Janet;

Ross, Orlantha;

Ross, Raven;

Rossmays, Rochelle;

Rowe, Quinesha;

Rowell, Kimberly;

Royal, Sheryl;

Roybal, Amanda;

Rucker, Colby;

**Page 45 of 61**
**Tiara Turner v. Concentrix Services US, Inc, et al.**
**U.S.D.C. (W.D. Ark.) Case No. 1:18-cv-1072-SOH**
**Notice of Withdrawal of Consents to Join**

Ruddell, Nancy;

Ruff, Anina;

Ruffin, Sabien;

Rugg, Honey-Marie;

Rumph, Marzette;

Russell, Betty L.;

Russell, Brittany;

Russell, Chrissy;

Russell, Frederick;

Sagraves, Jessica;

Salazar, Marco;

Salone, Venus;

Sampson, Arthmelia;

Sams, Jennifer;

Samuels, Danielle;

Samuels, Mary E.;

Sanchez, Aleena;

Sanchez, Nona;

Sanders, Britley;

Sanders, Kwanya;

Sandi, Vanna;

Saujon, Courtney;

Saunders, Jalyssa;

**Page 46 of 61**
**Tiara Turner v. Concentrix Services US, Inc, et al.**
**U.S.D.C. (W.D. Ark.) Case No. 1:18-cv-1072-SOH**
**Notice of Withdrawal of Consents to Join**

Savoy, Krystara;

Saxon, Daphne;

Scank, Jasmine;

Schlie, Robert;

Schmidt, Endora;

Schoen, Brendan;

Scott, Carolyn;

Scott, Fitzgerald L;

Scott, Jasmine;

Scott, Latisha;

Scott, Peggy;

Scott, Rodrick;

Scott, Trellony;

Scoville, Destiny;

Seabrook, Tamara;

Sealey, Amey;

Seibel, Crystal;

Sellers, Stephanie;

Sevedge, Phaelan;

Shackleford, Robin;

Shafer, Barbara;

Shakespeare, Tan;

Sharpe, Daniella;

**Page 47 of 61**
**Tiara Turner v. Concentrix Services US, Inc, et al.**
**U.S.D.C. (W.D. Ark.) Case No. 1:18-cv-1072-SOH**
**Notice of Withdrawal of Consents to Join**

Sharpe, Kevin;

Shearls, Courtney;

Shellman, Tonya;

Shelton, Andrae;

Shepherd, Edna;

Shepherd, Kimberley;

Sheppard, Shantrell;

Shepperd, Latoya;

Shiflet, Catherine;

Short, Monique;

Shortnacy, Amy;

Sidoti, Sandra;

Simmans, Casey;

Simmons, Aireal;

Simmonton, Brandy;

Simpson, Jana;

Simpson, Stephanie;

Simril, Shawntika;

Sims, Shyisha;

Sims, Tiyone;

Singletary, Tyla

Sisney, Amanda;

Sisson, Angela;

**Page 48 of 61**
**Tiara Turner v. Concentrix Services US, Inc, et al.**
**U.S.D.C. (W.D. Ark.) Case No. 1:18-cv-1072-SOH**
**Notice of Withdrawal of Consents to Join**

Sizemore, Samantha;

Skaggs, Karen;

Skapko, Vanessa;

Slaughter, Khadjah;

Sloas, Michael;

Small, Don;

Smalls, Brittany;

Smiley, Amanda;

Smith, Adrian;

Smith, Anola;

Smith, Brandon;

Smith, Brandon;

Smith, Brianna;

Smith, Brooklyn;

Smith, Carl;

Smith, Dahliyah;

Smith, David;

Smith, Ian;

Smith, Kashareus;

Smith, Keiundra;

Smith, Kiera;

Smith, Lucille;

Smith, Rachael;

**Page 49 of 61**
**Tiara Turner v. Concentrix Services US, Inc, et al.**
**U.S.D.C. (W.D. Ark.) Case No. 1:18-cv-1072-SOH**
**Notice of Withdrawal of Consents to Join**

Smith, Tiffany;

Smith, Timothy;

Smith, Whitney;

Smith, X-Avia;

Sotomayor, Rosanna;

Sparks, Sarah;

Spearmon, Andreann;

Spencer, Joshua;

Spicer Davis, Elexus;

Spivey, Ambrosia;

Spurlock, Tenelius;

Stapleton, Lucinda;

Starks, Latoya;

Starling-Forde, Victoria;

Staton, Mary;

Stayton, Joseph;

Stephens, Elizabeth;

Sterling, Kiara;

Stevens, Kimberlee;

Stewart, Amy;

Stewart, Daleana;

Stewart, Eddie;

Stinson, Jasmine;

**Page 50 of 61**
**Tiara Turner v. Concentrix Services US, Inc, et al.**
**U.S.D.C. (W.D. Ark.) Case No. 1:18-cv-1072-SOH**
**Notice of Withdrawal of Consents to Join**

Stokes, Alexa;

Stokes, Katherine;

Stokes, Tiffany;

Stone, Chris;

Stone, Sax;

Storino, James;

Stouder, Theresa;

Strayhorn, Tiffany;

Strickland, Brianna;

Strickland, Natosha;

Stricklin, Barry;

Stull, Daniel;

Stump, Beverly;

Styles, Christie;

Suber, Chrissina;

Sullivan; Lakeshia;

Sullivan, Tiara;

Swaby, Ricardo;

Sweet, Mari'A;

Tanner, Jenna;

Tarrant, Jr., James;

Tarver, Brianica;

Tarvin, Michelle;

**Page 51 of 61**
**Tiara Turner v. Concentrix Services US, Inc, et al.**
**U.S.D.C. (W.D. Ark.) Case No. 1:18-cv-1072-SOH**
**Notice of Withdrawal of Consents to Join**

Tate, David;

Taylor, Annette;

Taylor, Ashley;

Taylor, Brenda;

Taylor, Catina;

Taylor, Cycelie;

Taylor, Jocelyn;

Taylor, Nicholas;

Taylor-Hall, Sarah;

Tealer, Denetro;

Tedder, Tyrice;

Terrell, Kashara;

Terry, Tonya;

Tester, Kristeina;

Teter, Robert;

Thacker, Beth;

Thomas, Angelique;

Thomas, Ira;

Thomas, Meshika;

Thomas, Patrice;

Thomas, Stacia;

Thomas, Tally-Raye;

Thomas, Tyrenza;

**Page 52 of 61**
**Tiara Turner v. Concentrix Services US, Inc, et al.**
**U.S.D.C. (W.D. Ark.) Case No. 1:18-cv-1072-SOH**
**Notice of Withdrawal of Consents to Join**

Thomas-Fisher, Staci;

Thompkins, Whitney;

Thompson, Jerushia;

Thompson, Pamela;

Thompson, Turissa;

Thorn, Sharita L;

Thornton, Aretina;

Thornton-Robinson, Kendra;

Thorson, Billy;

Throneberry, Elizabeth;

Thurston, Onya;

Tibbs, Hande;

Tibin, Pennee;

Tims, Jonika;

Tomlin, Mavis;

Toney, Jasmine;

Toomer, Lashun;

Torres, George;

Tousaint, Shequetta;

Townsend, Charlee;

Townsend-Wilson, Tonya;

Trammell, Ekia;

Travis, Savannah;

**Page 53 of 61**
**Tiara Turner v. Concentrix Services US, Inc, et al.**
**U.S.D.C. (W.D. Ark.) Case No. 1:18-cv-1072-SOH**
**Notice of Withdrawal of Consents to Join**

Trick, Amanda;

Tripp, Kerri;

Tripplet, Sherry;

Troupe, Deanna;

Troupe, Michael;

Tucker, Jermitrus;

Tucker, Yolanda;

Turner, Lashander;

Tyson, Shawner;

Tyus, Amy;

Udofia, Beverly;

Ulmer, Kelly;

Underwood, Michaela;

Upshaw, Gary;

Valle, Gloria;

Valois, Brittany;

Vance, Heather;

Vann, Savannah;

Vaughn, Gloreha;

Vazquez, Christina;

Vazquez, Jessica;

Veal, Charity;

Veasley, Kenita;

**Page 54 of 61**
**Tiara Turner v. Concentrix Services US, Inc, et al.**
**U.S.D.C. (W.D. Ark.) Case No. 1:18-cv-1072-SOH**
**Notice of Withdrawal of Consents to Join**

Vedo, Sheila;

Vilce, Velda;

Villarreal, Jacklyn;

Vinson, Aileen;

Viteri, Denisse;

Wagner, Edward;

Waldo, Donna;

Walker, Adrienne;

Walker, Janice;

Walker, Kendra;

Walker, Latrisa;

Walker, Shameka;

Walker, Veronica;

Wall, Erlinda;

Wallace Brown, Lisa;

Waller, Joanna;

Wallig, Lyndsey;

Walls-Redditt, Iona;

Walton, Andrea;

Walton-Franklin, Torri;

Wankowski, Leona;

Ward, Brittany;

Ward, Chasity;

**Page 55 of 61**
**Tiara Turner v. Concentrix Services US, Inc, et al.**
**U.S.D.C. (W.D. Ark.) Case No. 1:18-cv-1072-SOH**
**Notice of Withdrawal of Consents to Join**

Ward, Jada;

Ward, Sharon;

Ward, Shayla;

Warren, Candice;

Washington, Daneka;

Washington, Ferderica;

Washington, Natasha;

Washington, Shanika;

Washko, Terri;

Waterman, Ashley;

Watkins, Audrey;

Watkins, Lee-Ann;

Watson, Erica;

Watson, Latisha;

Watson, Natasha;

Watts, Arjanelle;

Watts, Darlene;

Weasenforth, Hailey;

Weathersbee, Tamicka;

Webb, Shalunda;

Webster, Jessica;

Weixlbaum, Brandy;

Wells, Alliyah;

**Page 56 of 61**
**Tiara Turner v. Concentrix Services US, Inc, et al.**
**U.S.D.C. (W.D. Ark.) Case No. 1:18-cv-1072-SOH**
**Notice of Withdrawal of Consents to Join**

Werts, Charmaine;

West, Amanda;

West, Annette;

West, Tataiana;

Wheeler, Kalwaski;

Whitaker, Sharon;

White, Andrea;

White, Jwanette;

White, Michelle;

White, Shara;

White, Shavona;

White, Shontavia;

White, Zelphyr;

Whitehead, Sierra;

Widder, Angela-Ann;

Wilcox, William;

Wilkinson, David;

Willaims, Tamia;

Williams, Adaia;

Williams, Bobby A.;

Williams, Bonnie;

Williams, Everett;

Williams, Jazmine;

**Page 57 of 61**
**Tiara Turner v. Concentrix Services US, Inc, et al.**
**U.S.D.C. (W.D. Ark.) Case No. 1:18-cv-1072-SOH**
**Notice of Withdrawal of Consents to Join**

Williams, Kaley;

Williams, Kemala;

Williams, Kristy;

Williams, Makesha;

Williams, Michelle;

Williams, Mytressia;

Williams, Ricardo;

Williams, Simone;

Willis, Ashley;

Willis, Kamika;

Willis, Renesia;

Wilson, Keegan C.;

Wilson, Kirby;

Wilson, Lauren;

Wilson, Lori;

Wilson, Quintaurus;

Wilson, Taquesha;

Wilson, Tory;

Wilson, Tyrone;

Wilson-Plummer, Charrae;

Wineland, Christine;

Winfield, Danielle;

Wingfield, Deshonda;

**Page 58 of 61**
**Tiara Turner v. Concentrix Services US, Inc, et al.**
**U.S.D.C. (W.D. Ark.) Case No. 1:18-cv-1072-SOH**
**Notice of Withdrawal of Consents to Join**

Winslow, Nina;

Witherington, Thomas;

Witherspoon, Anna;

Witherspoon, Brittany;

Witten, John;

Wolcott, Dannas;

Wooden, Sarah;

Woods, Cheryl;

Woods, Nakeva;

Woods, Yumekia;

Woody, Alicia;

Wooten, John;

Wooten, Monica;

Word, Nadine;

Wray, Ashley;

Wray, Bridgett;

Wrenn, Rebecca;

Wright, Aubrey;

Wright, Jennifer;

Wright, Karen;

Wright, Kishayne;

Wright, Samantha;

Wright, Tameka;

**Page 59 of 61**
**Tiara Turner v. Concentrix Services US, Inc, et al.**
**U.S.D.C. (W.D. Ark.) Case No. 1:18-cv-1072-SOH**
**Notice of Withdrawal of Consents to Join**

Wright, Tori;

Wyatt, Keever;

Wyckoff, Casey;

Wynn, Shyneshia;

Wytcherley, Todd;

Yager, Bonnie;

Yohannes, Mariamawit;

York, Kimberly;

York, Laure;

Young, Angel;

Young, Briyelle;

Young, Countess;

Youngblood Robles, Jeanette;

Zamot, Nestor;

Zapata, Aaliyah;

Zeigler, Shikeria;

**Page 60 of 61**
**Tiara Turner v. Concentrix Services US, Inc, et al.**
**U.S.D.C. (W.D. Ark.) Case No. 1:18-cv-1072-SOH**
**Notice of Withdrawal of Consents to Join**

Respectfully submitted,

**TIARA TURNER, Individually and on Behalf of All Others Similarly Situated, PLAINTIFF**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946

Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

**Page 61 of 61**
**Tiara Turner v. Concentrix Services US, Inc, et al.**
**U.S.D.C. (W.D. Ark.) Case No. 1:18-cv-1072-SOH**
**Notice of Withdrawal of Consents to Join**