IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

**TIARA TURNER, Individually and on**     **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.     No. 1:18-cv-1072-SOH

**CONCENTRIX SERVICES US, INC., and**     **DEFENDANTS**
**CONCENTRIX CORPORATION**

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii), the Parties hereby stipulate to the dismissal of this action with prejudice, with each side to bear its own fees and costs except as otherwise agreed.

Respectfully submitted,

**TIARA TURNER, Individually
and on Behalf of All Others
Similarly Situated, PLAINTIFF**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com

and    **CONCENTRIX SERVICES US, INC., and CONCENTRIX CORPORATION, DEFENDANTS**

FROST BROWN TODD LLC
150 3rd Avenue South, Suite 1900
Nashville, Tennessee 37201
Telephone: (615) 251-5550
Facsimile: (615) 251-5551

Mekesha Montgomery
mmontgomery@fbtlaw.com
Admitted *pro hac vice*

FROST BROWN TODD LLC
3300 Great American Tower
301 East Fourth Street
Cincinnati, Ohio 45202
Telephone: (513) 651-6800
Facsimile: (513) 651-6981

*/s/ Neal Shah*
Neal Shah
nshah@fbtlaw.com
Admitted *pro hac vice*

FRIDAY, ELDREDGE & CLARK, LLP
400 West Capitol Avenue, Suite 2000
Little Rock, Arkansas 72201
Telephone: (501) 222-7378

Kevin A. Crass
Ark. Bar No. 84029
crass@fridayfirm.com